IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDING |
|    Kevin P. Flanigan, II | ) | CASE NO. 09-11559 |
|    Amy Flanigan | ) | JUDGE Morgenstern-Clarren |
| | ) | |
| DEBTOR(S) | ) | |
| | ) | MOTION TO INCUR DEBT |

      Now comes the Debtor, Kevin P. Flanigan II, by and through counsel, and moves the Court to permit the Debtor to incur debt to purchase a 2011 Chevy Equinox and make the monthly payments outside the plan.

      1.    The debtor(s) filed their chapter 13 proceeding on March 2, 2009 and has been successfully funding the Plan.

      2.    Debtor has a purchase agreement with Pat O'Brien Chevrolet. See Exhibit "A."

      3.    The terms of the purchase agreement provides that Debtors' current vehicle, 2005 GMC Envoy, will be traded in for the value of $6,500.00. The purchase agreement further provides to pay GMAC the balance due amount of $3,835.88. Therefore, GMAC will no longer be paid through the plan.

      4.    Debtor's monthly payment for the 2011 Chevy Equinox will be $488.11. Debtors' will be able to make this payment since Debtors no longer have the lease payment in the amount of $321.00 for the 2005 Ford Edge, since the lease has expired.

      5.    Debtor needs to purchase a new vehicle since over the last six months have made substantial repairs to the 2005 GMC Envoy and now such vehicle needs additional repairs. To continue to make further repairs would not be economical to continue to invest money into the vehicle. The 2005 GMC Envoy currently has over 150,000 miles on the odometer and not expected to continue to operate much longer.

      6.    Debtors' are both employed and have a two year old son. Mr. Flanigan needs a vehicle to perform his employment. Therefore, a reliable vehicle is necessary in order to maintain employment and fund the plan. Furthermore, Debtors need a reliable vehicle to transport their son back and forth to daycare.

**WHEREFORE**, the Debtor requests the Court for an order allowing the Debtor to incur additional debt in accordance with the terms of the above-mentioned Vehicle Purchase Contract, allowing Debtor to trade-in the 2005 GMC Envoy paying the balance due and terminating any plan payment to GMAC, and allowing Debtors to make the payment for the 2011 Chevy Equinox outside the plan.

/s/ Paul E. Larson Reg. 0069636
Attorney for Debtor
Paul E. Larson, Co. LPA
815 Superior Ave., E., Suite 1201
Cleveland, Ohio 44114
(216) 803-1212
Fax (888) 432-3896

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion has been served via ordinary U.S. Mail and/or electronically on this 22nd day of January upon the following:

1. Craig Shopneck, Chapt. 13 Trustee  (electronic filing)

2. Kevin & Amy Flanigan
   3189 River Run
   Akon, OH 44011

3. All creditors per attach matrix.

/s/ Paul E. Larson  Reg. 0069636
Attorney for Debtor

# PAT O'BRIEN CHEVROLET

| | | | |
|---|---|---|---|
| **EAST** | **WEST** | **SOUTH** | **VERMILION** |
| 2810 BISHOP ROAD | 25100 DETROIT ROAD | 3880 PEARL ROAD | 4545 LIBERTY AVENUE |
| WILLOUGHBY HILLS, OH 44092 | WESTLAKE, OH 44145 | MEDINA, OH 44256 | VERMILION, OH 44089 |
| 440-585-9300 FAX 440-585-3679 | 440-899-8888 FAX 440-899-8099 | 330-725-4588 FAX 330-723-7250 | 440-967-3144 CLEV. 440-871-3888 |

**DATE** 1/6/11

**PURCHASER:** Kevin P Flanigan  **ADDRESS:** 3189 River Run
**CITY:** Avon  **COUNTY:** Lorain  **STATE:** OH  **ZIP:** 44011  **CELL PHONE:** 216-244-4148

☒ NEW  ☐ USED  **YEAR:** 11  **MAKE:** Chevy  **MODEL:** Equinox
**EXT. COLOR:** B/K  **INT. TRIM:** Tit.  **SERIAL NO.:** 2CNALDECXB6329591  **STOCK NO.:** B6329591

| RETAIL PRICE | FACTORY DISCOUNT | TOTAL MSRP | | |
|---|---|---|---|---|
| | | | UPFRONT PRICE | 24632 65 |
| | | | INCENTIVES | |
| **PURCHASE** | | **LEASE** | DOCUMENTARY FEE | 250 00 |
| TERM | PAYMENT | TERM | PAYMENT | |
| | | | EXTENDED SERVICE | |
| 72 | $488.11 | | SELLING PRICE | 24882 65 |
| | | | MEMO ONLY: TAX BASE (18,382 65) | |
| | | | OHIO SALES TAX 6.25% | 1148 92 |
| | | ALLOWANCE MILEAGE | | |
| TOTAL CASH DUE | | TOTAL CASH DUE | 30 DAY TAG/TRANSFER/FILING FEE | 33 50 |

**TRADE-IN:** YEAR 05  MAKE GMC  MODEL Envoy  **TOTAL CASH PRICE** 26065 07
**SERIAL NO.:** 1GKDT13S052374152  **TRADE ALLOWANCE** (w) $6,500.00
**COLOR:** —  **LESS** -3,835.88
**PAY-OFF TO:** DATE GOOD  BY GMAC  **NET EQUITY IN TRADE-IN** 2,664 12
**CASH WITH ORDER:** Bankruptcy  GM Loyalty 1000 00
**CASH ON DELIVERY:** Downpayment 1000 00

**UNPAID BALANCE OF CASH PRICE** 21,400 95

## ODOMETER MILEAGE STATEMENT
I, PAT O'BRIEN CHEVROLET, Inc. STATE THAT THE ODOMETER MILEAGE INDICATED ON THE VEHICLE DESCRIBED ABOVE IS **220** MILES.
☐ I FURTHER STATE THAT THE ACTUAL MILEAGE DIFFERS FROM THE ODOMETER READING FOR REASONS OTHER THAN ODOMETER CALIBRATION ERROR AND THAT THE ACTUAL MILEAGE IS UNKNOWN.
TRANSFEROR'S SIGNATURE
I ACKNOWLEDGE RECEIPT OF THIS STATEMENT.
SIGNATURE OF TRANSFEREE X /s/ Kevin Flanigan

## TRADE-IN ODOMETER MILEAGE STATEMENT
STATE THAT THE ODOMETER MILEAGE INDICATED ON THE VEHICLE DESCRIBED ABOVE IS **82** MILES.
☐ I FURTHER STATE THAT THE ACTUAL MILEAGE DIFFERS FROM THE ODOMETER READING FOR REASONS OTHER THAN ODOMETER CALIBRATION ERROR AND THAT THE ACTUAL MILEAGE IS UNKNOWN.
TRANSFEROR'S SIGNATURE
I ACKNOWLEDGE RECEIPT OF THIS STATEMENT.
SIGNATURE OF TRANSFEREE X

The seller, PAT O'BRIEN CHEVROLET Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle. This disclaimer by the seller in no way affects the terms of the the manufacturer's warranty.

### WARRANTY INFORMATION
If the above listed vehicle is marked "USED" OR "DEMO" then "the information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale."

☐ SOLD "AS IS"--NO WARRANTY  ☐ REMAINDER OF MANUFACTURER'S LIMITED WARRANTY
☐ CHEVROLET'S "EXTENDED SERVICE PLAN"  ☒ MANUFACTURER'S LIMITED WARRANTY
I understand the warranty terms are as indicated above and that this agreement is subject to the limited warranty(s) and/or warranty disclaimer attached hereto.

BUYERS SIGNATURE X /s/ Kevin Flanigan

THE FRONT AND BACK OF THIS ORDER COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE AND NO OTHER AGREEMENT OR UNDERSTANDING OF ANY NATURE CONCERNING SAME HAS BEEN MADE OR ENTERED INTO, OR WILL BE RECOGNIZED. I HEREBY CERTIFY THAT NO CREDIT HAS BEEN EXTENDED TO ME FOR THE PURCHASE OF THIS MOTOR VEHICLE EXCEPT AS APPEARS IN WRITING ON THE FACE OF THIS AGREEMENT.
I HAVE READ THE MATTER PRINTED ON THE BACK HEREOF AND AGREE TO IT AS A PART OF THIS ORDER THE SAME AS IF IT WERE PRINTED OVER MY SIGNATURE. I CERTIFY THAT I AM 18 YEARS OF AGE OR OLDER, AND HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER.

**MY INSURANCE COVERAGE IS:** PHONE 440 269-8002
**AGENT:** Hank Coleta
**COMPANY:** State Auto Ins

BUYERS SIGNATURE X /s/ Kevin Flanigan
**SALESMAN:** DeJesus
**DEALER:** Pat

**THIS ORDER NOT BINDING UNTIL ACCEPTED BY DEALER**

AMERICAN EXPRESS
ATTN: BANKRUPTCY
P.O. BOX 981537
EL PASO, TX 79998-1537


BANK OF AMERICA
P.O. BOX 17054
WILMINGTON, DE 19884


BARCLAYS BANK DELAWARE
125 S WEST ST.
WILMINGTON, DE 19801-5014


BENEFICIAL NATIONAL BANK
P.O. BOX 15518
WILMINGTON, DE 19850-5518


CAPITAL ONE
ATTN:  BANKRUPTCY
P.O. BOX 85167
RICHMOND, VA 23287


CENTURY TELEPHONE
ATTN: BANKUPTCY
203 W. 9TH ST.
LORAIN, OH 44052


CHASE HOME FINANCE
P.O. BOX 24696
COLUMBUS, OH 43224-0696


CHRYSLER FINANCIAL
ATTN:  BANKRUPTCY
P.O. BOX 860
ROANOKE, TX 76262


CITIBANK/SEARS
P.O. BOX 6189
SIOUX FALLS, SD 57117


CITICORP CREDIT SERVICES
P.O. BOX 6500
SIOUX FALLS, SD 57117-6500

CITIFINANCIAL
4500 NEW LINDEN HILL RD
WILMINGTON, DE 19808-2922


COLLEGIATE FUNDING SVCS
P.O. BOX 523
MADISON, MS 39130


DILLARDS
P. O. BOX 52005
PHOENIX, AZ 85072-2005


DOMINION CREDIT SERVICES
P.O. BOX 26666, 18TH FLOOR
RICHMOND, VA 23261


EXPRESS
ATTN: BANKRUPTCY
P.O. BOX 330066
NORTHGLENN, CO 80233-8066


FIFTH THIRD BANK
ATTN: MAIL DROP 109064
38 FOUNTAIN SQ.
CINCINNATI, OH 45263-0001


FIRESTONE
CREDIT CARD CENTER
P.O. BOX 81307
CLEVELAND, OH 44181-0307


FORD MOTOR CREDIT CO.
NATIONAL BANKRUPTCY SERVICE CENTER
P.O. BOX 537901
LIVONIA, MI 48153-7901


GE MONEY BANK/ DICK'S SPORTING
P.O. BOX 981439
EL PASO, TX 79998-1439


GE MONEY BANK/ JC PENNEY
ATTN: BANKRUPTCY
P.O. BOX 103104
ROSWELL, GA 30076

GE MONEY BANK/CARE CREDIT
P.O. BOX 981127
EL PASO, TX 79998-1127


GE MONEY BANK/LOWES CONSUMER
P.O. BOX 981064
EL PASO, TX 79998-1064


GE MONEY/ MOHAWK CARPET
P.O. BOX 981439
EL PASO, TX 79998-1439


GE MONEY/ TIRE EXPRESS
P.O. BOX 981439
EL PASO, TX 79998-1439


GMAC
P.O. BOX 7041
TROY, MI 48007-7041


HAIDAR, ALMHANA, NIEDING, LLC
223 MILLER RD.
AVON LAKE, OH 44012


KEY BANK
17 CORPORATE WOODS BLVD.
ALBANY, NY 12211-2345


KOHL'S CHASE
ATTN: BANKRUPTCY
N56W17000 RIDGEWOOD DRIVE
MENOMONEE FALLS, WI 53051


KOHL'S/ CHASE
ATTN: BANKRUPTCY
N56W17000 RIDGEWOOD DRIVE
MENOMONEE FALLS, WI 53051-0001


MACY'S
9111 DUKE BLVD.
MASON, OH 45040-8999


NATIONAL CITY
P.O. BOX 2349
KALAMAZOO, MI 49003-2349

```
NATIONAL CITY BANK
4100 W. 150TH ST.
CLEVELAND, OH 44135-1304


RITA
10107 BRECKSVILLE ROAD
BRECKSVILLE, OH 44141-3275


SALLIE MAE SERVICING
1002 ARTHUR DR.
LYNN HAVEN, FL 32444-1683


TARGET NATIONAL BANK
ATTN: BANKRUPTCY
P.O. BOX 1305
MINNEAPOLIS, MN 55440-1305


UNIVERSITY FIDELITY LP
P.O. BOX 941911
HOUSTON, TX 77094-8911


WFFNB/VICTORIA SECRET
P.O. BOX18218
COLUMBUS, OH 43218-2128


WFNNB/ANN TAYLOR
ATTN: BANKRUPTCY
P.O. BOX 182273
COLUMBUS, OH 43218-2273
```